7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:*  Christopher Norwood Fish
*Debtor*

**Bankruptcy Case No.**
13−43888−drd7

**William Stack**
    Plaintiff(s)

**Adversary Case No.**
14−04005−drd

v.

**Christopher Norwood Fish**
    Defendant(s)

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is entered in favor of Plaintiff William Stack, Trustee of the Pauline Stack Living Trust, and against Defendant Christopher Norwood Fish. Judgment is issued in the sum of $275,000 and the Judgment is non−dischargeable under 11 U.S.C. §523. The Judgment may be satisfied in full by payment of $250,000 on the following terms:
i.monthly installment payments of $500 commencing 30 days after entry of the Judgment and continuing every 30 days thereafter; and
ii.payment of the remaining balance within two (2) years of entry of the Judgment.
iii.payments hereunder should be made payable to William K. Stack.
Execution on the Judgment is stayed as long as no default occurs in timely performance by Defendant under the terms of subparagraph (b) above (the Stay of Execution); and any default in timely performance by Defendant under the terms of subparagraph (b) above shall immediately entitle Plaintiff to the following without notice to Defendant or further order of the Court
i.termination of the Stay of Execution and
ii.accrual of interest on the Judgment under the applicable Oregon judgment rate of interest of 9% from the date of entry of the Judgment forward.

Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk



Date of issuance: 7/17/14

Court to serve